

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2018

No. 04-17-00646-CR

Gilbert **CISNEROS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 15-10-03043-DCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

The motion is **GRANTED**, and appellant's brief must be filed no later than **April 2, 2018**. Further requests for an extension of time are disallowed.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2018.

_____
Keith E. Hottle
Clerk of Court